■ The People of the State of New York, Respondent, v Elvin Torres, Appellant. [757 NYS2d 729] —Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered May 15, 2000, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490 [1987]). There is no basis for disturbing the jury's determinations concerning credibility. The totality of the credible evidence clearly warranted the conclusion that defendant

sold drugs to two apprehended buyers. Concur—Buckley, P.J., Sullivan, Rosenberger, Wallach and Friedman, JJ.